AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

In Re Subpoena to LISCO IOWA, INC. dba LISCO  )
_____  )
*Plaintiff*                                  )
v.                                           ) Civil Action No.
                                             )
                                             ) MC14-00718
_____  )
*Defendant*                                  )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   LISCO IOWA, INC. dba LISCO, c/o David L. Magill (its registered agent)
      1680 Hwy 1 Ste 1500, Fairfield, IA 52556

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Information, including name, address, telephone number, and email address sufficient to identify the alleged infringers of copyrighted sound recordings, identified by IP addresses in the notices attached as Exhibit A to this Subpoena.

| Place: Mary E. Wiegard<br>1018 Cook Street<br>Burlington, IA 52601 | Date and Time:<br>11/06/2014 3:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
|        |                |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: OCT – 6 2014

CLERK OF COURT
ANDRES PEDRO

_____        OR        _____
*Signature of Clerk or Deputy Clerk*                   *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Rightscorp, Inc. _____, who issues or requests this subpoena, are:

Dennis J. Hawk, Business Law Group, 3100 Donald Douglas Loop N., Santa Monica, CA 90405 Email: dennis@dhwk.com phone: 310-664-8000

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).